```
 1  LINDA M. LAWSON (Bar No. 77130)
    LLawson@mmhllp.com
 2  SIMON MANOUCHERIAN (Bar No. 198760)
    SManoucherian@mmhllp.com
 3  CATHERINE V. PERRY (Bar No. 222361)
    CPerry@mmhllp.com
 4  MESERVE, MUMPER & HUGHES LLP
    300 South Grand Avenue, 24th Floor
 5  Los Angeles, California 90071-3185
    Telephone: (213) 620-0300
 6  Facsimile: (213) 625-1930

 7  Attorneys for Defendants
    STANDARD INSURANCE COMPANY and
 8  TEACHERS INSURANCE AND ANNUITY
    ASSOCIATION OF AMERICA
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI L. CHRETIEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE COMPANY, and TEACHERS INSURANCE AND ANNUITY ASSOCIATION, and DOES 1-20, inclusive,<br><br>　　　　Defendant. | Case No. C 05-04217 VRW<br><br>STIPULATION CONTINUING SCHEDULING CONFERENCE TO ALLOW FOR MEDIATION; [~~PROPOSED~~] ORDER<br><br><br><br>Complaint Filed: September 7, 2005 |

　　　　WHEREAS, the Court has ordered a Scheduling Conference to be held on February 21, 2006;

　　　　WHEREAS, the parties desire to attempt an early resolution to this matter;

　　　　WHEREAS, to that end, the parties have scheduled a mediation with James D. Mart, Esq. of JAMS, located at Two Embarcadero Center, Suite 1100, San Francisco, CA 94111, (415) 982-5267;

1  WHEREAS, due to the conflicting schedules of the parties and the difficulty
2  in scheduling a mediation (representative of Standard Insurance Company must
3  travel from Portland, Oregon and counsel for Standard Insurance Company from
4  Los Angeles, California), the parties have tentatively scheduled the mediation for
5  February 21, 2006, the date currently set for a Scheduling Conference by the Court;

6  WHEREAS, for the foregoing reasons and other good cause, the parties
7  respectfully request an extension and continuance of the Scheduling Conference
8  from February 21, 2006 to March 21, 2006, or any date thereafter that is convenient
9  for the Court, to allow the parties an opportunity to attempt an early resolution to
10 this matter. As such,

11  IT IS HEREBY STIPULATED by and between Plaintiff HEIDI L.
12 CHRETIEN and Defendants STANDARD INSURANCE COMPANY and
13 TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, by
14 and through their respective attorneys of record, that the above-mentioned mediation
15 and proposed new Scheduling Conference dates are acceptable and will allow
16 sufficient time for counsel to direct all efforts and resources toward an attempted
17 resolution of this matter through private mediation.

19 Dated: February 6, 2006

MESERVE, MUMPER & HUGHES LLP
LINDA M. LAWSON
SIMON MANOUCHERIAN
CATHERINE V. PERRY

By: _____
Simon Manoucherian
Attorneys for Defendants
STANDARD INSURANCE
COMPANY and TEACHERS
INSURANCE AND ANNUITY
ASSOCIATION OF AMERICA

Dated: February 6, 2006

LAW OFFICES OF LAURENCE F. PADWAY

By: _____
Laurence F. Padway
Attorneys for Plaintiff
HEIDI L. CHRETIEN

## ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that the Scheduling Conference in this matter is continued from February 21, 2006 to March 21, 2006.

Dated: _____, 2006

_____
HON. VAUGHN R. WALKER
CHIEF JUDGE

APPROVED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: February 13, 2006

STIPULATION CONTINUING SCHEDULING CONFERENCE TO ALLOW FOR MEDIATION; ORDER

3