1  LINDA M. LAWSON (Bar No. 77130)
   LLawson@mmhllp.com
2  SIMON MANOUCHERIAN (Bar No. 198760)
   SManoucherian@mmhllp.com
3  CATHERINE V. PERRY (Bar No. 222361)
   CPerry@mmhllp.com
4  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
5  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
6  Facsimile:  (213) 625-1930

7  Attorneys for Defendants
   STANDARD INSURANCE COMPANY and
8  TEACHERS INSURANCE AND ANNUITY
   ASSOCIATION OF AMERICA
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  HEIDI L. CHRETIEN,                    )  Case No. C 05-04217 VRW
                                          )
14          Plaintiff,                    )  STIPULATION FOR DISMISSAL OF
                                          )  ENTIRE ACTION WITH PREJUDICE;
15      vs.                               )  [PROPOSED] ORDER
                                          )
16  THE STANDARD INSURANCE                )
    COMPANY, and TEACHERS                 )
17  INSURANCE AND ANNUITY                 )
    ASSOCIATION, and DOES 1-20,           )
18  inclusive,                            )
                                          )
19          Defendant.                    )  Complaint Filed:  September 7, 2005
    _____)

20

21      IT IS HEREBY STIPULATED by and between plaintiff HEIDI L.

22  CHRETIEN and defendants STANDARD INSURANCE COMPANY (erroneously

23  sued herein as "THE STANDARD INSURANCE COMPANY") and TEACHERS

24  INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (erroneously sued

25  herein as "TEACHERS INSURANCE AND ANNUITY ASSOCIATION"), by and

26  through their respective attorneys of record, that the parties agree to dismiss this

27  action in its entirety, with prejudice as to all defendants, pursuant to Federal Rules

28

STIPULATION FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE;
ORDER

1  of Civil Procedure, Rule 41(a).  Each party shall bear its own attorneys' fees and

2  costs in this matter.

3           The parties seek the Court's approval of the dismissal of the action with

4  prejudice.

5

6  Dated:  February 23, 2006              MESERVE, MUMPER & HUGHES LLP
                                          LINDA M. LAWSON
7                                         SIMON MANOUCHERIAN
                                          CATHERINE V. PERRY
8

9                                         By:_____

10                                        Simon Manoucherian
                                          Attorneys for Defendants
11                                        STANDARD INSURANCE
                                          COMPANY and TEACHERS
12                                        INSURANCE AND ANNUITY
                                          ASSOCIATION OF AMERICA

13  Dated:  February 23, 2006              LAW OFFICES OF LAURENCE F.
                                          PADWAY
14                                        LAURENCE F. PADWAY

15

16                                        By:_____
                                          Laurence F. Padway
17                                        Attorneys for Plaintiff
                                          HEIDI L. CHRETIEN

18                                             **ORDER**

19           Based upon the stipulation of the parties and for good cause shown,

20           **IT IS HEREBY ORDERED** that this action, Case No. C 05-04217 VRW, is

21  dismissed in its entirety as to all defendants, with prejudice and

22           **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own

23  attorneys' fees and costs in this matter.

24

25  Dated:  _____, 2006

26                                        _____
                                          HON. VAUGHN R. WALKER
27                                        CHIEF JUDGE

28

STIPULATION FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE;
ORDER

1   of Civil Procedure, Rule 41(a).  Each party shall bear its own attorneys' fees and

2   costs in this matter.

3      The parties seek the Court's approval of the dismissal of the action with

4   prejudice.

5

6   Dated:  February 23, 2006              MESERVE, MUMPER & HUGHES LLP
                                          LINDA M. LAWSON
7                                         SIMON MANOUCHERIAN
                                          CATHERINE V. PERRY
8

9                                         By:_____
                                             Simon Manoucherian
10                                           Attorneys for Defendants
                                             STANDARD INSURANCE
11                                           COMPANY and TEACHERS
                                             INSURANCE AND ANNUITY
12                                           ASSOCIATION OF AMERICA

13  Dated:  February 23, 2006              LAW OFFICES OF LAURENCE F.
                                          PADWAY
14                                        LAURENCE F. PADWAY

15

16                                        By:_____
                                             Laurence F. Padway
17                                           Attorneys for Plaintiff
                                             HEIDI L. CHRETIEN

18

19                                   **ORDER**

20      Based upon the stipulation of the parties and for good cause shown,

21      **IT IS HEREBY ORDERED** that this action, Case No. C 05-04217 VRW, is

22  dismissed in its entirety as to all defendants, with prejudice and

23      **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own

24  attorneys' fees and costs in this matter.

25

26  Dated:  __March 9_____, 2006       _____
                                          HON.                          KER
27                                        CHIEF
                                          Judge Vaughn R Walker
28

                                          IT IS SO ORDERED

                                          STIPULATION FOR DISMISSAL OF
                                          ENTIRE ACTION WITH PREJUDICE;
                                          ORDER

73726.1                                   2